UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROBERT ALLEN STANARD,

    Defendant.

CASE NO. MJ 16-479

DETENTION ORDER

Offense charged:    Felon in Possession of a Firearm

Date of Detention Hearing:    November 16, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has a lengthy criminal record that includes assault charges, multiple

DETENTION ORDER
PAGE -1

DWLS charges, resisting arrest, drug offenses, firearms offenses, and a federal conviction for use of a destructive device during a crime of violence. The AUSA proffers that this offense involved an effort to kill a witness, and that defendant was charged with new driving offenses while in pretrial release for the federal offense. The instant firearms charge also involves allegations of domestic and defendant is alleged to have threatened to engage in a "shootout" and other threats if police responded to domestic violence reports. The AUSA contends that one of the firearms involved in the incident has not been located.

2. Defendant poses a risk of nonappearance based on mental health and substance use problems, prior failures to appear and a pending charge. He poses a risk of danger due to the nature and circumstances of the alleged offense, criminal history, multiple charges of possession of illegal firearms, violations while on previous supervision, a history of domestic violence, and mental health and substance use problems.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the

person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 16th day of November, 2016.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3